THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **LOUIS PITTS,** | : | |
| | : | |
| Petitioner, | : | |
| | : | Case No.: 3:09-cv-90046 (CAR) |
| v. | : | 28 U.S.C. § 2255 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | Criminal Case No.: 3:6-cr-11 (CAR) |
| | : | |
| Respondent. | : | |

***ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION***

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 54] that Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 be denied. Petitioner has not entered an objection to the Recommendation. Upon review of the record of the case, the Court agrees with the determination of the Magistrate Judge that Petitioner's claim is barred by the statute of limitations. Accordingly, the Recommendation is hereby **ADOPTED** and made the order of the Court, and Petitioner's Motion to Vacate (Doc. 52) is **DENIED**.

It is SO ORDERED this 15th day of October, 2009.

         S/ C. Ashley Royal
         C. ASHLEY ROYAL, JUDGE
         UNITED STATES DISTRICT COURT

chw